

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Willie Jones, | CASE NUMBER: |
|---|---|
| Plaintiff, | EDCV 14-1272 UA (JEM) |
| v. | |
| Molly Hill, et al., | ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE |
| Defendant(s). | |

On __October 31, 2014__, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: 12/9/14

_____
Chief United States District Judge

Presented by:

_John E. McDermott_
United States Magistrate Judge